No. 435, Misc. POPE *v.* CITY AND COUNTY OF PHILA-
DELPHIA ET AL. C. A. 3d Cir. Certiorari denied.
*James D. Crawford* and *Arlen Specter* for respondents.

No. 581, Misc. DANIELS *v.* FOLLETTE, WARDEN. C. A.
2d Cir. Certiorari denied. *Louis J. Lefkowitz,* Attorney
General of New York, *Samuel A. Hirshowitz,* First As-
sistant Attorney General, and *Joel Lewittes,* Assistant
Attorney General, for respondent.

No. 607, Misc. WHITE *v.* UNITED STATES. C. A. 5th
Cir. Certiorari denied. *Richard Kanner* for petitioner.
*Solicitor General Griswold, Assistant Attorney General
Wilson,* and *Philip R. Monahan* for the United States.

No. 721, Misc. FELTON *v.* RUNDLE, CORRECTIONAL
SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.
*John W. Packel* for petitioner. *James Douglas Crawford*
and *Arlen Specter* for respondent.

No. 779, Misc. SERRANO *v.* NEW YORK. C. A. 2d Cir.
Certiorari denied. *Louis J. Lefkowitz,* Attorney General
of New York, *Samuel A. Hirshowitz,* First Assistant At-
torney General, and *Michael Colodner,* Assistant Attor-
ney General, for respondent.

No. 824, Misc. PETERS *v.* CALIFORNIA. Ct. App. Cal.,
2d App. Dist. Certiorari denied. *Thomas C. Lynch,*
Attorney General of California, *William E. James,* As-
sistant Attorney General, and *Phillip G. Samovar,* Dep-
uty Attorney General, for respondent.

No. 1085, Misc. EARLY *v.* UNITED STATES. C. A.
10th Cir. Certiorari denied.